UNSEALED 11/14/2025

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED
NOV 19 2025
Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA §
§
v. § CRIMINAL NUMBER 2:25-CR-509-S
§
SHAWN ROSEBERRY BISNAUTH § **Filed under Seal**
[redacted] §
§
§
§

SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

Between on or about November 1, 2022, and on or about October 31, 2024, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

SHAWN ROSEBERRY BISNAUTH,
[redacted]

did knowingly conspire and agree together and with other persons known and unknown to the Grand Jury, to purchase a firearm in or otherwise affecting interstate or foreign commerce for, or on behalf of, or at the request or demand of Shawn Roseberry Bisnauth, knowing or having reasonable cause to believe that Shawn Roseberry Bisnauth had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(1).

COUNT TWO

Between on or about November 1, 2022, and on or about October 31, 2024, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

SHAWN ROSEBERRY BISNAUTH,

[redacted]

did knowingly conspire and agree together and with other persons known and unknown to the Grand Jury, to purchase a firearm in or otherwise affecting interstate or foreign commerce for, or on behalf of, or at the request or demand of J.B.S., knowing or having reasonable cause to believe that J.B.S. intended to use, carry, possess, or sell or otherwise dispose of the firearm in furtherance of a drug trafficking crime.

In violation of Title 18, United States Code, Sections 932(b)(1) and 932(c)(2).

COUNT THREE

Between on or about November 1, 2022, and on or about October 31, 2024, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

SHAWN ROSEBERRY BISNAUTH,

did knowingly conspire and agree together and with other persons known and unknown to the Grand Jury, to ship, transport, transfer, cause to be transported, and otherwise dispose of one or more firearms to another person, in and affected interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by recipient would constitute a felony (as defined in section 932(a)).

In violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

NOTICE OF CRIMINAL FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment is hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 934.

2. Pursuant to Title 18, United States Code, Section 934, upon conviction of an offense in violation of Title 18, United States Code, Sections 932, and 933, the defendants,

SHAWN ROSEBERRY BISNAUTH,

[redacted]

shall forfeit to the United States of America: (1) any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as the result of such violation; and (2) any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

By: ______________________
ASHLEY E. J. MARTIN
Assistant United States Attorney

______________________
TYLER FOSTER
Assistant United States Attorney