UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 2:25-CR-509-SS |
| | § | |
| SHAWN ROSEBERRY BISNAUTH | § | |

STIPULATION OF FACT

SHAWN ROSEBERRY BISNAUTH, hereinafter referred to as the Defendant, has agreed to stipulate with the United States Attorney for the Southern District of Texas, through the undersigned Assistant United States Attorney, to the following facts and expected testimony concerning the violation of Title 18, United States Code, Sections 932(b)(2), (c)(2), as alleged in Count TWO of the above-numbered Indictment. The parties agree that these facts are sufficient to establish a factual basis for the Defendant's plea, pursuant to Fed. R. Crim. P. 11(b)(3).

I.

As to Count TWO, the Defendant confesses that, between on or about March 1, 2022 and on or about October 31, 2024:

1. That the Defendant and at least one other person conspired and agreed together to purchase a firearm;
2. The purchase of the firearm was in or affected interstate or foreign commerce;
3. The purchase of the firearm was on behalf of or at the request or demand of another person; and
4. That the Defendant knew or had reasonable cause to believe that the other person intended to use, carry, possess, sell, or otherwise dispose of the firearm in furtherance of a drug trafficking crime.

1

II.

The Defendant further stipulates that:

1. From March 1, 2022, until October 31, 2024, defendant Shawn BISNAUTH was incarcerated in a state facility in South Carolina.

2. During that time period, federal agents from Homeland Security Investigations tracked at least eight firearms that were purchased by individuals associated with BISNAUTH. Record checks revealed the following firearm purchases:

    a. On March 5, 2022, D.K. purchased a Barrett model 82A1 .50 caliber rifle, with serial number AA013506. The firearm was purchased from D&L Shooting Supplies in Warwick, Rhode Island, and shipped to Teague's Pawn Shop in Rock Hill, South Carolina, where it was picked up by D.K.

    b. On July 10, 2022, Tarsha Stewart purchased a Browning M1919A4 semi-automatic rifle, with serial number 070925. Stewart picked up the firearm from Teague's Pawn Shop, in Rock Hill, South Carolina. Stewart admitted she purchased the firearm for BISNAUTH, and that the firearm was sent to an individual in Texas.

    c. On October 12, 2022, T.G. purchased a Browning M1919A4 semi-automatic rifle, bearing serial number 070931. T.G. picked up the firearm from Teague's Pawn Shop, in Rock Hill, South Carolina. Stewart admitted in an interview to introducing T.G. to BISNAUTH for the purpose of T.G. purchasing firearms.

    d. On November 15, 2022, K.W. purchased a Browning M1919A4 semi-automatic rifle, with serial number 070938, from Ice House Manufacturing, Inc.

2

Ice House Manufacturing is located in Rome, New York. The firearm was then shipped to R&G Sporting Goods, LLC, in Lancaster, South Carolina, where it was picked up by K.W. on December 1, 2022. On December 4, 2022, a video was taken of that same Browning M1919, showing it wrapped in bubble wrap in the rear passenger compartment of a vehicle.

e.  On November 21, 2022, T.G. purchased a second firearm, this one an Ohio Ordinance Works M2-SLR .50 caliber rifle, with serial number 850217. The firearm was also purchased from Teague's Pawn Shop in Rock Hill, South Carolina.

f.  On December 19, 2022, D.K. purchased an Ohio Ordinance Works model M2-SLR, .50 caliber rifle, with serial number 850331. The firearm was purchased from Nightfall Armory, in Phoenix, Arizona, and shipped to Teague's Pawn Shop in Rock Hill, South Carolina, where it was picked up by D.K. In an interview with agents J.B.S. positively identified D.K. in a photo lineup. J.B.S. stated that he received guns from D.K. on a previous occasion. He stated that D.K. drove guns from South Carolina to Houston, Texas, and transferred them J.B.S. on behalf of BISNAUTH.

g.  On March 23, 2023, J.S. purchased an Ohio Ordinance Works M2-SLR .50 caliber rifle, with serial number 850368. That same firearm was observed in a photograph taken on September 28, 2023, in Conroe, Texas, at a property associated with J.B.S.

h.  On July 12, 2023, K.W. purchased a Barrett model 82a1 .50 caliber rifle,

3

bearing serial number AA016314, from Ideal Sportsman in Concord, North Carolina. That firearm was observed in a photograph taken on September 28, 2023, in Conroe, Texas, at a property associated with J.B.S.

3. Phone tolls show numerous communications between Stewart, K.W., and J.S. Phone tolls also show multiple communications between Stewart and J.B.S. J.S. stated that during the time in which she purchased the Ohio Ordinance Works firearm, she had been living with Stewart and Stewart had instructed her (J.S.) to purchase the firearm. J.S. stated that Stewart had provided the money that was used to purchase the gun. J.S. picked up the firearm and delivered it directly to Stewart.

4. On December 28, 2023, an individual was arrested at the CBP Anzalduas Port of Entry as he attempted to drive his truck into Mexico loaded with 47 firearms, weapons components, and bulk cash. Of the 47 firearms, one was confirmed to be the Ohio Ordinance Works .50 caliber with serial number 850368, originally purchased by J.S. on March 23, 2023. Another was a Browning M1919A4, the same type as the guns purchased by T.G., K.W., and Stewart. However, the serial number on the Browning rifle had been removed so it could not be confirmed as a match to any of those firearms.

5. J.B.S. was interviewed and stated that he had been working with Shawn BISNAUTH, Defendant. J.B.S. stated that BISNAUTH provided J.B.S. the .50 caliber Ohio Ordinance gun (SN: 850368), in exchange for a $50,000 debt BISNAUTH owed J.B.S. for narcotics that J.B.S. had delivered to BISNAUTH. Also included was a .30 caliber Browning M1919 firearm. J.B.S. stated that two of BISNAUTH's associates had delivered the guns to Houston, Texas. J.B.S. then arranged to have the two guns picked

4

up by another individual, who picked up the guns in Houston, Texas, and drove them through the Southern District of Texas in the same truck that was stopped attempting to cross the border at the Azalduas Port of Entry near McAllen, Texas.

6. While BISNAUTH was incarcerated in South Carolina, agents from Homeland Security Investigations learned from state officials that BISNAUTH had a contraband cell phone in the state facility. The cell phone was seized by the South Carolina Department of Corrections Office of the Inspector General, and HSI agents received a cell phone extraction report for the phone.

7. In April 2024, agents discovered a series of messages between BISNAUTH and T.F. BISNAUTH shared a link to a firearm listed for sale on "gunbroker.com" and instructed T.F. to use money orders to purchase the gun. The firearm was listed as a Barrett M-821A1 .50 caliber rifle. Additional messages between BISNAUTH and T.F. show receipts and tracking information for the firearm, which was being sold by The Gun Crew LLC in Old Hickory, Tennessee. HSI Agents contacted the owner of The Gun Crew and received information that T.F. had made several payments for the firearm, and that the gun was supposed to be shipped to Palmetto Gold & Pawn Inc, in Columbia, South Carolina. However, the payments were not made in full, and the firearm was never released to T.F.

8. In reviewing the phone, agents also observed conversations via Whatsapp message between BISNAUTH and J.B.S. On May 14, 2024, agents observed a series of messages about an individual known to them both as "Seriesito," who was affiliated with the CJNG cartel. Both knew "Seriesito" was located in Mexico. J.B.S. stated that

5

"Seriesito" was "at war" with another cartel, Cartel La Nueva Familia Michoacana, and also stated that he was "sure" "Seriesito" was "fighting michos." BISNAUTH asked if "Seriesito" needed any M2s or Barretts (referring to Ohio Ordinance Works M2 .50 caliber firearms or Barrett .30 caliber firearms) and messaged that he [BISNAUTH] was about to have Barretts. J.B.S. stated that the last M2 he (J.B.S.) received from BISNAUTH was purchased by "Seriesito".

9. Based on the evidence from BISNAUTH's cell phone, the firearm tracing, interviews, and other sources, agents believe that BISNAUTH used T.G., D.K., K.W., J.S., T.F., and Stewart as straw purchasers to purchase large caliber rifles. The rifles would then be transferred to J.B.S., a known narcotics trafficker in the Southern District of Texas. J.B.S. and BISNAUTH also discussed the firearms being transported into Mexico, for use by individuals associated with drug cartels.

10. As part of this factual basis, SHAWN ROSEBERRY BISNAUTH admits and confesses that from on or about March 1, 2022, until on or about October 31, 2024, he did knowingly conspire and agree with other persons to purchase firearms in or affecting interstate commerce, for, or on behalf of, or at the request of J.B.S., knowing or having reasonable cause to believe that J.B.S. intended to use, carry, possess, or sell or otherwise dispose of the firearms in furtherance of a drug trafficking crime.

6

III.

The parties hereto agree that the United States could prove the above facts beyond a reasonable doubt.  The undersigned have thoroughly reviewed, understand, and agree that the information contained in this Stipulation of Fact are true and correct.

_Shawn Bisnauth_      _S.4.26_
SHAWN ROSEBERRY BISNAUTH     Date
Defendant (signed with permission)

_C. O. R_      _S.4.26_
Attorney for the Defendant      Date

JOHN G.E. MARCK
Acting UNITED STATES ATTORNEY

By: _____      3/12/2026
ASHLEY E. J. MARTIN      Date
Assistant United States Attorney

7